UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

EDDIE L. DECREE, *pro se*,

        Plaintiff,

 -against-

EPISCOPAL HEALTH INC.;
ST. JOHN'S EPISCOPAL HOSPITAL,

       Defendants.

--------------------------------------------------------------------X

JUDGMENT
08-CV- 0579 (CBA)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 1 1 2008 ★

**BROOKLYN OFFICE**

   A Memorandum and Order of Honorable Carol Bagley Amon, United States
District Judge, having been filed on April 9, 2008, dismissing plaintiff's complaint for lack
of subject matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal
from the order would not be taken in good faith; and denying *in forma pauperis* status for the
purpose of an appeal; it is

   ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that
plaintiff's complaint is dismissed for lack of subject matter jurisdiction; that pursuant to 28
U.S.C. § 1915(a)(3) any appeal from the order would not be taken in good faith; and that
*in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
   April 10, 2008

         s/RCH
        ROBERT C. HEINEMANN
        Clerk of Court